```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
COOPER ELECTRIC SUPPLY, LLC d/b/a
COOPER ELECTRIC SUPPLY NY, LLC,

                Plaintiff,

-against-

AGIR ELECTRICAL, LTD d/b/a PINNACLE ELECTRIC
and ANTONY GIRONTA,

                Defendants.
------------------------------------------------------------X

Case No: 25-cv-3073

**JUDGMENT**

    **WHEREAS**, Plaintiff Cooper Electric Supply, LLC d/b/a Cooper Electric Supply NY, LLC ("Cooper") and Defendants Agir Electrical, Ltd d/b/a Pinnacle Electric ("Pinnacle"), and Antony Gironta ("Gironta") entered into a settlement agreement, pursuant to which, among other things, Pinnacle and Gironta consented to the entry of judgment against each of them, jointly and severally, in favor of Plaintiff Cooper Electric Supply, LLC d/b/a Cooper Electric Supply NY, LLC in the amount of $2,600,000.00.

    **NOW THEREFORE**, it is **ORDERED, ADJUDGED, AND DECREED** that upon consent, judgment is hereby entered in the total amount of Two Million Six Hundred Thousand U.S. Dollars ($2,600,000.00), jointly and severally, against Defendants Agir Electrical, Ltd d/b/a Pinnacle Electric and Antony Gironta and in favor of Plaintiff Cooper Electric Supply, LLC d/b/a Cooper Electric Supply NY, LLC.

Dated: September 23, 2025
       New York, New York

**The Clerk of Court is respectfully requested to enter judgment and close this case.**

SO ORDERED:
_____
Hon. Mary Kay Vyskocil
United States District Judge

Defendants Agir Electrical, Ltd d/b/a Pinnacle Electric
and Antony Gironta hereby consent to entry of the within judgment

_____
Agir Electrical, Ltd d/b/a Pinnacle Electric

_____
Antony Gironta